# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

―――――――――――――――――

Case No. 5D23-2776
LT Case No. 2018-101965-CFDL

―――――――――――――――――

DAVID M. NYE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

―――――――――――――――――

3.850 appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

David M. Nye, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

January 26, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY and KILBANE, JJ., concur.
MAKAR, J., concurs in result, with opinion.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

MAKAR, J., concurring in result, with opinion.

I concur in affirmance but do not rely on the summary affirmance rule in doing so.